[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 451.]

THE STATE EX REL. DUNN, APPELLEE, *v*. INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Dunn v. Indus. Comm.*, 2000-Ohio-460.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 99-854—Submitted November 16, 1999—Decided January 12, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 98AP-564.

————————————

*Harris & Burgin* and *Andrea L. Burns*, for appellee.

*Betty D. Montgomery*, Attorney General, and *Patrick MacQueeney*, Assistant Attorney General, for appellants Industrial Commission and Administrator, Bureau of Workers' Compensation.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————